# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| WILLIS HARNESS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TENNESSEE DEPARTMENT OF ) <br> CHILDREN'S SERVICES; MICHAEL WEBB; ) <br> and GINA COURTNEY, ) <br> ) <br> Defendants. ) | No. 3:09-cv-15 <br> (Phillips) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on defendants' Motion to Dismiss [Doc. 5], plaintiff's Motion to Move Case Forward with Supporting Documentation [Doc. 11], and plaintiff's Motion to Amend [Doc. 12]. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

**IT IS ORDERED AND ADJUDGED** that defendants' Motion to Dismiss [Doc. 5] is **GRANTED**, whereby this action is **DISMISSED**. Plaintiff's motions are accordingly **DENIED AS MOOT**.

**IT IS SO ORDERED**.

              **ENTER:**

                                  s/ Patricia L. McNutt
                                      Clerk of Court